**STATE of Missouri, Plaintiff–Respondent,**

v.

**Darron COLLINS, Defendant–Appellant.**

**No. 56245.**

Missouri Court of Appeals, Eastern District, Division One.

June 19, 1990.

Michael L. Lyons, Office of the State Public Defender, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., Christine A. Alsop, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

### ORDER

PER CURIAM.

Defendant appeals from his conviction by a jury for possessing cocaine in violation of § 195.020, RSMo 1986. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 30.25(b).